# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00486-CR

**Kevin Bryan Bolding, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. D-1-DC-05-300409, HONORABLE JON N. WISSER, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Kevin Bryan Bolding seeks to appeal from a judgment of conviction for forgery. The trial court has certified that this is a plea bargain case and Bolding has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. *See id*. rule 25.2(d).

_____

David Puryear, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   September 30, 2005

Do Not Publish